**Maurice MACK, Plaintiff—Appellant,**

v.

**Michael L. FRIEDMAN; et al., Defendants—Appellees.**

No. 08–15984.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Maurice Mack, Soledad, CA, pro se.

Donn Robert Duncan, Esquire, Deputy Assistant Attorney General, Attorney General Office, San Francisco, CA, for Defendants–Appellees.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUMN **

Maurice Mack, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Mack failed to raise a triable issue as to whether defendants were deliberately indifferent to his wrist injury. *See id.* at 1057 ("Mere negligence in diagnosing or treating a medical condition, without more, does not violate a prisoner's Eighth Amendment rights.") (internal quotation marks and citations omitted).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

